COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: TMX Finance Holdings, Inc. v. Wellshire Financial Services, LLC d/b/a Loanstar Title Loans d/b/a Moneymax Title Loans and d/b/a Loanmax; Meadowwood Financial Services, LLC d/b/a Loanstar Title Loans and d/b/a Moneymax Title Loans; and Integrity Texas funding, LP

Appellate case number: 01-16-00044-CV

Trial court case number: 2013-33584

Trial court: 152nd District Court of Harris County

The court has received records marked "in camera" and briefs that contain redactions.

Our opinions are a matter of public record. *See* TEX. R. CIV. P. 76a(1) ("No court order or opinion issued in the adjudication of a case may be sealed."); *see also* TEX. R. APP. P. 47.3 ("All opinions of the court of appeals are open to the public and must be made available . . . ."). When confidential information is part of an appellate record, we endeavor to strike a balance between the parties' interest in keeping sealed portions of the record confidential and the public's interest in open, public resolution of appeals. *See R.V.K. v. L.L.K.*, 103 S.W.3d 612, 614–15 (Tex. App.—San Antonio 2003, no pet.) (attempting to "strike a fair balance" when resolving case that involves sealed records); *Mi Gwang Contact Lens Co., Ltd. v. Chapa*, No. 13-13-00306-CV, 2015 WL 3637846, at *6–7 (Tex. App.—Corpus Christi June 11, 2015, no pet.) (mem. op.).

On September 4, 2015, the trial court denied a motion to seal certain documents. Subsequently, on December 4, the trial court denied a motion to seal the court records permanently. The clerk's record does not contain any subsequent order permanently sealing any records.

The parties are hereby **ordered** to provide either a copy of an order that designates specific documents or deposition testimony as sealed by the trial court or a statement that no document is protected by an order. All responses are due no later than **Monday, June 27, 2016**.

It is so ORDERED.

Judge's signature: <u>Harvey Brown</u>
      ☑ Acting individually    ☐ Acting for the Court

Date: <u>June 21, 2016</u>